DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

DDRA CAPITAL, INC., and        :        CIVIL ACTION
JOHN K. BALDWIN        :
       :
       v.        :        No. 04-cv-0158
       :
KPMG, LLP        :

FOURTEENTH AMENDED SCHEDULING ORDER

AND NOW, this 12th day of October 2011, upon consideration of Attorney James T.

Phalen's October 7, 2011 letter and the parties' agreement, it is hereby ORDERED that the

parties' proposed schedule is approved.  It is further ORDERED that the case management

deadlines in this action are amended and the schedule will be as follows:

1.       Defendant shall complete its portion of the Joint Final Pretrial Statement by October 17, 2011.

2.       The Joint Final Pretrial statement shall be filed with the Court by November 11, 2011.

3.       The deadline for submitting designations of deposition testimony that any party intends to present in lieu of live testimony during the trial of this action, as well as any counter-designations and objections, shall be filed with the Court on or before December 15, 2011.

4.       The Court will assign a trial date in the near future.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.